ACCEPTED
11-15-00043-CV
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
7/10/2017 2:46 PM
SHERRY WILLIAMSON
CLERK



# TEXAS DEPARTMENT OF PUBLIC SAFETY

**5805 N. LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
**512/424-2000**
www.dps.texas.gov



FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS

07/10/17 2:46:54 PM
SHERRY WILLIAMSON
Clerk

STEVEN C. McCRAW
DIRECTOR
DAVID G. BAKER
ROBERT J. BODISCH, SR.
DEPUTY DIRECTORS

COMMISSION
STEVEN P. MACH, CHAIR
A. CYNTHIA LEON
JASON K. PULLIAM
RANDY WATSON

June 30, 2017

Sherry Williamson, Clerk
11th Court of Appeals

Re:   Texas Department of Public Safety v. Seth Aaron Ardoin
      Cause No. 11-15-00043-CV

Dear Sherry Williamson:

The Department of Public Safety has received the Bill of Costs in the above entitled and numbered cause. Payment will be processed through E-File in the amount of $195.00 for the Filing Fee.

If you have any questions in regard to this matter, please do not hesitate to contact me at (512)424-5217.

Sincerely,

*/s/Kevin M. Givens*
Kevin M. Givens
Kevin.Givens@dps.texas.gov
Supervising Attorney, ALR Appeals
Texas Department of Public Safety